ROBERT R. MOORE (BAR NO. 113818)
MICHAEL J. BETZ (BAR NO. 196228)  **Signed: November 17, 2006**
WILLIAM W. HUCKINS (BAR NO. 201098)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

Attorneys for Secured Creditors Burlingame Capital
Partners II, L.P. and Electrochem Funding, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 04-46444-LT |
| QMECT, INC., | Chapter 11 |
| Debtor. | |
| FRED and LINDA ANN KOELLING, | Case No. 04-46443-LT |
| Debtors-in-Possession. | Chapter 11 |
| QMECT, INC., | Adv. No. 04-4190 (Consol. with Adv Proc. Nos. 04-4365 and 04-4366) |
| Plaintiff, | |
| vs. | **ORDER DENYING MOTION OF FRED AND LINDA KOELLING TO ALTER OR AMEND JUDGMENT** |
| BURLINGAME CAPITAL PARTNERS II, L.P.; ELECTROCHEM FUNDING, LLC, | |
| Defendants. | Date: October 5, 2006<br>Time: 2:00 p.m.<br>Ctrm: 201<br>Judge: Hon. Leslie J. Tchaikovsky |
| AND RELATED ADVERSARY PROCEEDINGS. | |

The Motion of Fred and Linda Koelling to Alter or Amend Judgment ("Motion") came on for hearing on October 5, 2006, the Honorable Leslie J. Tchaikovsky presiding. Chris D. Kuhner appeared on behalf of Fred and Linda Koelling. Robert R. Moore appeared on behalf of

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

ORDER DENYING MOTION OF FRED AND LINDA KOELLING TO ALTER OR
AMEND JUDGMENT

Burlingame Capital Partners II, L.P. and Electrochem Funding, LLC. The Court, having read and considered the Motion, the Opposition to the Motion, the arguments of counsel and the record in this case,

     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

     1.    The Motion is **DENIED**.

**Approved as to form:**

KORNFIELD, PAUL & NYBERG, P.C.

_____*/s/ Chris Kuhner*_____
By: Chris D. Kuhner, Attorneys for
Fred and Linda Koelling

** END OF ORDER **

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

ORDER DENYING MOTION OF FRED AND LINDA KOELLING TO ALTER OR
AMEND JUDGMENT

## COURT SERVICE LIST

Eric A. Nyberg, Esq.
Chris D. Kuhner, Esq.
Kornfield, Paul & Nyberg, P.C.
1999 Harrison St., Suite 2675
Oakland, CA 94612
Tel: (510) 763-1000
Fax: (510) 273-8669

**Counsel for Debtors Fred and Linda Koelling**

John Kendall, Esq.
Chapter 7 Trustee
2411 Santa Clara Avenue
Suite 12
Alameda, California 94501
Tel: (510) 864-1300

**Chapter 7 Trustee**

Reidun Stromsheim, Esq.
Stromsheim & Associates
201 California Street, Suite 350
San Francisco, CA 94111
Tel: (415) 989-4100
Fax: (415) 989-2235

**Counsel for Trustee, John T. Kendall**

**Counsel for Secured Lenders**

Robert R. Moore, Esq.
Michael S. Greger, Esq.
Michael J. Betz, Esq.
William W. Huckins, Esq.
Allen Matkins Leck Gamble Mallory
    & Natsis LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Tel: (415) 837-1515
Fax: (415) 837-1516

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

689419.01/SF

Case: 04-04190    Doc# 216    Filed: 11/17/06    Entered: 11/20/06 15:55:31    Page 3 of 3