| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO: | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] Recording requested by and return to: 415-837-1515<br>William Huckins (201098)/ Marlene Moffitt (223658)<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94105<br>[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD | | |

NAME OF COURT: U.S Bankruptcy Court
NORTHERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: P.O. Box 2070
CITY AND ZIP CODE: Oakland, California 94604-2070
PHONE NUMBER: 510-879-3600

PLAINTIFF: In re QMECT, Inc.

DEFENDANT: QMECT, Inc. v. BURLINGAME CAPITAL
PARTNERS, II, L.P., et al.

**CASE NUMBER:**
Bankr. Case No.04-46443
Consolid. Adv. Proc. No. 04-4190

## ABSTRACT OF JUDGMENT

1. The [X] judgment creditor [ ] assignee of record
applied for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address
   Harry Fred Koelling
   602 Cornwallis Lane
   Foster City, CA 94404

   b. Driver's license no. & state: _____ [X] Unknown
   c. Social Security no.: xxx-xx-6718 [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally
   served or mailed to *(name and address):* Kirk Freeman, Law Offices of Kirk B. Freeman, 214 Grant
   Ave, Ste 301, San Francisco, CA 94108, attorney of record for Judgment Debtor

   e. [X] Additional judgment debtors are shown on reverse.

   Date: July 14, 2008

   Marlene M. Moffitt, Esq.
   (TYPE OR PRINT NAME)

   ► (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract
   of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor *(name):* Burlingame Capital Partners
   II, L.P., 3182 Campus Dr., Ste 306, San Mateo, CA
   whose address appears on this form above the court's name. 94403
4. Judgment debtor *(full name as it appears in judgment):*
   Fred and Linda Koelling

5. a. Judgment entered on *(date):* August 15, 2006
   b. Renewal entered on *(date):* October 1, 2007
   c. Renewal entered on *(date):*
6. Total amount of judgment as entered or last renewed:
   $5,934,776, as amended by the Court on October 1, 2007
7. [ ] An [ ] execution [ ] attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address):*

8. A stay of enforcement has
   a. [ ] not been ordered by the court
   b. [ ] been ordered by the court effective until
   *(date):*
9. [ ] This judgment is an installment judgment.

Clerk, by _La Keskia Blue_, Deputy

Date Issued _July 16, 2008_

Case: 04-04190   Doc# 302   Filed: 07/16/08   Entered: 07/16/08 16:01:00   Page 1 of 2

| PLAINTIFF: In re QMECT, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT: QMECT, Inc. v. BURLINGAME CAPITAL PARTNERS, II, L.P., et al. | Bankr. Case No. 04-46443 |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

**10.** Name and last known address

Linda Ann Koelling
602 Cornwallis Lane
Foster City, CA 94404

Driver's license no. & state: _____ [X] Unknown
Social Security no.: xxx-xx-6823 _____ [ ] Unknown
Summons was personally served at or mailed to (address):
Kirk Freeman, Law Offices of Kirk B. Freeman, 214
Grant Ave, Suite 301, San Francisco, CA 94108,
attorney of record for Judgment Debtor

**11.** Name and last known address

Driver's license no. & state: _____ [ ] Unknown
Social Security no.: _____ [ ] Unknown
Summons was personally served at or mailed to (address):

**12.** Name and last known address

Driver's license no. & state: _____ [ ] Unknown
Social Security no.: _____ [ ] Unknown
Summons was personally served at or mailed to (address):

**13.** Name and last known address

Driver's license no. & state: _____ [ ] Unknown
Social Security no.: _____ [ ] Unknown
Summons was personally served at or mailed to (address):

**14.** Name and last known address

Driver's license no. & state: _____ [ ] Unknown
Social Security no.: _____ [ ] Unknown
Summons was personally served at or mailed to (address):

**15.** Name and last known address

Driver's license no. & state: _____ [ ] Unknown
Social Security no.: _____ [ ] Unknown
Summons was personally served at or mailed to (address):

**16.** Name and last known address

Driver's license no. & state: _____ [ ] Unknown
Social Security no.: _____ [ ] Unknown
Summons was personally served at or mailed to (address):

**17.** Name and last known address

Driver's license no. & state: _____ [ ] Unknown
Social Security no.: _____ [ ] Unknown
Summons was personally served at or mailed to (address):

**18.** [ ] Continued on attachment 18.

ABSTRACT OF JUDGMENT

Case: 04-04190    Doc# 302    Filed: 07/16/08    Entered: 07/16/08 16:01:00    Page 2 of 2